IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

**ALBERTA ANDERSON**                                                            **PLAINTIFF**

**VERSUS**                           **CIVIL ACTION NO. 2:04cv407KS-MTP**

**FAMILY DOLLAR STORES, INC.**                                **DEFENDANT**

## JUDGMENT

This matter is before the court on Motion for Summary Judgment **[#23]** filed on behalf of the defendant, Family Dollar Stores, Inc.  The Court, being fully advised in the premises and having entered a separate Memorandum Opinion and Order;

It is Ordered and Adjudged:

That the defendant's Motion for Summary Judgment **[#23]** is Granted and the plaintiff's Complaint is dismissed with prejudice; and

That any other pending motion are dismissed as moot.

SO ORDERED AND ADJUDGED this the 31st  day of July, 2006.


s/ *Keith Starrett*
UNITED STATES DISTRICT JUDGE